HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-mj-228 KJN |
| Plaintiff, | |
| v. | REQUEST AND [PROPOSED] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285 |
| JOSEPH ROJAS, | |
| Defendant. | Judge: Hon. Kendall J. Newman |

**BACKGROUND**

On Wednesday, July 24, 2013, Mr. Rojas was called by law enforcement officers and asked to come to the police station on Franklin Blvd for questioning. When he arrived he was met by DEA agents who arrested him on a warrant out of the Western District of Pennsylvania. The warrant was in connection with an Indictment from that district which charges him with a controlled substance offense (21 U.S.C. § 846). His initial appearance in U.S. Magistrate Court

occurred later that afternoon where counsel was appointed and Mr. Rojas waived identity hearing. He was temporarily detained pending his detention hearing on Friday, July 26, 2013. Following the detention hearing, Mr. Rojas was released from custody under pretrial supervision. He was ordered to appear in Pittsburgh, Pennsylvania on August 7, 2013 at 9:30 a.m. before Magistrate Judge Cynthia Eddy.

Mr. Rojas is indigent. He is employed as a landscaper and his regular take home pay is just over $700- every two weeks. He lost several days work as a result of his arrest. Mr. Rojas has to get a ticket for a court date that is only two weeks away. A quick look at Expedia.com indicates that the *cheapest* flight available to him will cost $494- plus tax *each way*.

**LAW**

If the Court finds that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own" then the Court may order the U.S. Marshal Service to furnish the defendant with money for travel and subsistence to that court as provided for in 5 U.S.C. § 5702(a). *See 18 U.S.C. § 4285.* This statute applies even where a defendant must travel to "another judicial district in which criminal proceedings are pending". 18 U.S.C. §4285.

**REQUEST**

The facts presented do indicate that the defendant would not be able to pay for the cost of transportation to the Western District of

Pennsylvania for his required court appearance on August 7, 2013.[1] Accordingly, the defendant requests that this Court order payments pursuant to 18 U.S.C. § 4285. Counsel undersigned has communicated with U.S. Attorney on this matter. She has no objection to this request. *A hearing on this matter is not requested.*

Dated:  July 29, 2013

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender


        /s/ *Linda C. Harter*
        _____
        LINDA C. HARTER
        Chief Assistant Federal Defender
        Attorney for Defendant
        JOSEPH ROJAS

---

[1] 18 U.S.C. § 4285 does not authorize funds for the return trip, so Mr. Rojas will have to come up with funds to get himself back to his home here in the Eastern District of California.

TO: **UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA**:

This Order is to authorize and direct you to furnish the above named defendant, JOSEPH ROJAS, the cost of or an actual ticket for travel from Sacramento, California to Pittsburgh, Pennsylvania pursuant to 18 U.S.C. § 4285. Subsistence travel expenses are also authorized. The Court has been presented with information indicating that Mr. Rojas is indigent and without funds to purchase his own ticket.

The defendant's court appearance in Pittsburgh is scheduled to take place on August 7, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: July 29, 2013

_____
HON. ALLISON CLAIRE
United States Magistrate Judge